IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00079-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THUY TIEN LUONG,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Reconsideration of this Court's previous order denying her motion to continue trial of this date from September 8, 2020. (Doc. No. 18). For the reasons stated in the Motion, the Court will grant Defendant's motion to reconsider and order that trial of this matter be peremptorily set for November 2, 2020.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Reconsideration, (Doc. No. 18), is **GRANTED. IT IS FURTHER ORDERED** that trial of this matter be peremptorily set for November 2, 2020. The Clerk is directed to certify copies of this Order to Defendant, Counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: August 19, 2020

Kenneth D. Bell
United States District Judge